## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TAEMY OH and YONG K. OH, ) | |
| ) | |
| Plaintiffs ) | Case No. 1:18-cv-07214 |
| ) | |
| vs. ) | |
| ) | Hon. Sharon Johnson Coleman |
| OCWEN LOAN SERVICING, LLC, ) | |
| ) | |
| Defendant ) | |

**OCWEN LOAN SERVICING, LLC'S UNOPPOSED MOTION FOR LEAVE
TO FILE OVERSIZED BRIEF WITH RESPECT TO ITS MOTION TO DISMISS**

Defendant Ocwen Loan Servicing, LLC ("Ocwen"), hereby moves under Local Rule 7.1 for leave to file an oversized Rule 12(b)(6) motion to dismiss and incorporated memorandum of law. In support of this motion, Ocwen states as follows:

1. On October 29, 2018, Plaintiffs filed a six-count complaint against Ocwen. (Dkt. No. 1.)

2. Ocwen subsequently sought and was granted an extension of time to respond to the complaint. (Dkt. Nos. 8 and 11). Ocwen's responsive pleading is due January 14, 2019. (Dkt. No. 11.)

3. Local Rule 7.1 limits briefs to 15 pages without leave of court.

4. Ocwen and its counsel have prepared a motion and incorporated memorandum of law to dismiss three of the six counts of the complaint, which totals seventeen (17) pages (excluding the table of contents). Ocwen requires additional pages in this memorandum to address complex issues of law, including significant recent developments in the law regarding what equipment can constitute as an automatic telephone dialing system under the Telephone Consumer Protection Act.

5. Ocwen and its undersigned counsel recognize the value of concise briefs and attempted to comply with Local Rule 7.1. Given the complexity of the legal issues, however, Ocwen was unable to adequately address its arguments in 15 pages.

6. Ocwen's counsel has conferred with counsel for the Plaintiffs, and counsel has no objection to this motion. Ocwen will similarly have no objection if the Plaintiffs require additional pages in their response.

WHEREFORE, Defendant Ocwen Loan Servicing, LLC respectfully requests that this Court enter an order: (1) granting Ocwen leave to file an oversized Rule 12(b)(6) motion to dismiss and incorporated memorandum of law; and (2) granting any other or further relief that this Court deems just.

Dated: January 10, 2019

Respectfully submitted,

OCWEN LOAN SERVICING, LLC

By: ___/s/ Irina Dashevsky___
      One of Its Attorneys

Simon Fleischmann (SBN 6274929)
*sfleischmann@lockelord.com*
Irina Dashevsky (SBN 6298331)
*irina.dashevsky@lockelord.com*
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-0228

## CERTIFICATE OF SERVICE

      I, Irina Dashevsky an attorney, certify that I caused the foregoing *Unopposed Motion for Leave to file Oversized Brief* to be served upon all persons and entities authorized and registered to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on January 10, 2019.

                                            /s/ Irina Dashesvsky