IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAEMY OH and YONG K. OH, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:18-cv-07214 |
| v. ) | |
| ) | Honorable Sharon Johnson Coleman |
| OCWEN LOAN SERVICING, LLC, ) | |
| ) | |
| Defendant ) | |

**JOINT STATUS REPORT[1]**

Pursuant to the Court's October 7, 2019 order [Dkt. 40], the parties submit the following Joint Status Report:

**I.  Status of the Case and Relevant Appellate Case**

On July 9, 2019, upon Plaintiffs' oral motion, the court stayed its judgment on Defendant's fully briefed Motion to Dismiss. [Dkt. 34]. The Court stayed the case pending the Seventh's Circuit's ruling in *Gadelhak v. AT&T Services, Inc.,* 19-1738 (7th Cir. 2019)*,* which will address the district split pertaining to the interpretation of the term "automatic telephone dialing system" as defined by the Telephone Consumer Protection Act ("TCPA"), one of the claims subject to Defendant's Motion to Dismiss. [Dkt. 34]. On October 7, 2019, the Court ordered Defendant to identify the calling system employed by Defendant to place calls to Plaintiffs. Defendant has identified the applicable system. [Dkt. 40].

The Seventh Circuit has yet to issue its ruling in *Gadehak.* Oral arguments were held on September 27, 2019. The Seventh Circuit has already ruled on other cases that were argued on September 27, 2019. Accordingly, the parties anticipate that a ruling in *Gadelhak* is imminent.

---

[1] The parties submitted an initial joint status report outlining the factual and legal issues in this case on January 17, 2019. [Dkt. 18]

81733870v.1

The parties jointly proposed that the Court set a status hearing in 45 days to discuss the stay and the progression of this case. The Parties will jointly advise the Court if the Seventh Circuit issues its ruling in *Gadelhak* in advance of the next status.

Dated: November 27, 2019

| TAEMY AND YONG OH | OCWEN LOAN SERVICING, LLC |
|---|---|
| By: s/ Mohammed O. Badwan | By: s/ IrinaDashevsky |
| Sulaiman Law Group, Ltd.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, IL 60148<br>Phone: 630-575-8180<br>mbadwan@sulaimanlaw.com | Locke Lord LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Phone: 312-443-0228<br>irina.dashevsky@lockelord.com |